**Subject:** Notice of Change of Email – James M. Paul, [Case Name], Case No. 0:25-cv-60630-WPD Byoplanet International, LLC v. Johansson et al

**To:** Clerk of Court
United States District Court
Southern District of Florida

**From:** James M. Paul, Esq.
Florida Bar No.: 1010819

**JUSTICE LAW GROUP, LLP**
850 Southeast 8th Avenue
Fort Lauderdale, FL 33316
917-562-9607
jpaul@justicelawgroup.ai

**Date:** May 12, 2025

**Re: Notice of Change of [Address / Contact Information / Representation / etc.]**
**Case Title:** Byoplanet International, LLC v. Johansson et al
**Case No.:** 0:25-cv-60630-WPD

Dear Clerk of Court,

Please accept this correspondence as formal notice of a change in email address in the above-captioned matter.

**Previous Email Address:**
james.paul@bangenergy.com

**New Email Address**
jpaul@justicelawgroup.ai

I respectfully request that the docket be updated accordingly to reflect this change. Please do not hesitate to contact me should you require any additional information.

Thank you for your attention to this matter.

Sincerely,
**/s/ James M. Paul, Esq.**

Plaintiff's Counsel