# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA
# FORT LAUDERDALE DIVISION

| | |
|---|---|
| BYOPLANET INTERNATIONAL, LLC, | § |
| | § |
| Plaintiff, | § |
| | § Civil Action No. 0:25-cv-60630-WPD |
| v. | § |
| | § |
| PETER JOHANSSON and | § |
| CHARLES GILSTRAP, | § |
| | § |
| Defendants. | § |

## NOTICE OF SHOW CAUSE ORDER ENTERED IN RELATED CASE

Defendant Charles Gilstrap ("Defendant" or "Gilstrap"), by and through undersigned counsel, hereby gives notice to the Court and all parties of the entry of a Show Cause Order in a related case, and states as follows:

1. A related action is currently pending before this Court, styled *Byoplanet International, LLC v. Jared Knecht*, Case No. 0:25-cv-60646-DSL.

2. On May 29, 2025, the Court in the related case entered an Order to Show Cause (ECF No. 13 in Case No. 0:25-cv-60646-DSL) directing attorney James Martin Paul to respond to his use of non-existent quotations from cited cases and fabricated legal authority:

> Accordingly, it is ORDERED AND ADJUDGED that attorney James Martin Paul shall show cause in writing whether he intentionally made misrepresentations to the Court no later than June 2, 2025. It is FURTHER ORDERED that a hearing on this matter shall take place on June 11, 2025, at 2:00 P.M. For each party, at least one counsel of record must attend the conference in person at the United States Courthouse, 299 E. Broward Boulevard, Courtroom 202A, Fort Lauderdale, Florida 33301.

3. In that Show Cause Order, the Court referenced Gilstrap's Motion to Dismiss in another related matter (ECF No. 14 in Case No. 0:25-cv-60647-RS), which also highlights the use of fabricated legal authority and misrepresentations of case law by Plaintiffs' counsel.

4. A copy of the Show Cause Order entered in the related case is attached hereto as **Exhibit A** for the Court's reference.

5. This Notice is being filed to inform the Court of developments in the related matter that may bear on the proceedings in the above-captioned case.

DATED: May 29, 2025                    Respectfully submitted,

*/s/ Drew P. O'Malley*

**Drew P. O'Malley**
Florida Bar No. 106551
domalley@spencerfane.com
ecoutu@spencerfane.com
**SPENCER FANE LLP**
201 North Franklin Street, Suite 2150
Tampa, Florida 33602
Telephone: 813-424-3509

and

**Joshua L. Hedrick**
Texas Bar No. 24032761
*Admitted pro hac vice*
jhedrick@spencerfane.com
**SPENCER FANE LLP**
2200 Ross Avenue, Suite 4800 West
Dallas, Texas 75201
Telephone: 214-750-3610
Facsimile: 214-750-3612

and

>Rebecca L. Gibson
>Texas Bar No. 24092418
>*Admitted pro hac vice*
>rgibson@spencerfane.com
>**SPENCER FANE LLP**
>3040 Post Oak Boulevard, Suite 1400
>Houston, Texas 77056
>Telephone: 713-552-1234
>Facsimile: 713-963-0859
>
>**ATTORNEYS FOR DEFENDANT**

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 29th day of May, 2025, a true copy of the foregoing has been electronically filed with the Clerk of Court through the Court's CM/ECF E-Filing Portal and served on all counsel of record via transmission of Notices of Electronic Filing generated by the CM/ECF E-Filing Portal:

James Paul
JUSTICE LAW GROUP, LLP
850 Southeast 8th Avenue
Fort Lauderdale, Florida 33316
Telephone: 917-562-9607
jpaul@justicelawgroup.ai

*Counsel for Plaintiffs*

>  /s/ Drew P. O'Malley
> Attorney