UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-60630-CIV-DIMITROULEAS

Byoplanet International LLC,

    Plaintiff,

vs.

Peter Johansson
Charles Gilstrap,

    Defendants.
_____/

## ORDER TO SHOW CAUSE

THIS CAUSE is before the Court on the Notice of Show Cause Order Entered in Related Case, filed May 29, 2025 [DE 34].  The Court has carefully considered the Notice, the corresponding Order to Show Cause [DE 13] in Case No. 0:25-cv-60646-DSL ("Upon this Court's review of Plaintiff's response, many quotes from cited cases are fabricated entirely, and at least one case which Plaintiff cites does not exist."), Charles Gilstrap's Motion to Dismiss in another related matter [DE 14] in Case No. 0:25-cv-60647-RS (asserting the use of fabricated legal authority and misrepresentations of case law by Plaintiff's counsel); and Defendant Charles' Gilstrap's Reply in Support of Motion to Dismiss in the instant action [DE 33] (asserting that Plaintiff's Response fabricates case law and misrepresents the contents of real cases).  The Court is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. On or before **June 9, 2025**, Plaintiff's counsel shall respond to this Order to Show Cause, showing cause why sanctions up to and including dismissal should not be imposed for misrepresentations of legal authority to the Court.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 2nd day of June, 2025.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record
Magistrate Judge Hunt